*Michael K. Skold,* assistant attorney general, and *John B. Farley,* in opposition.

Decided June 23, 2011

## DINA JAEGER *v.* CONNECTICUT SITING COUNCIL

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 243 (AC 32137), is denied.

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Gabriel North Seymour,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, *Bradford S. Babbitt* and *Kenneth C. Baldwin,* in opposition.

Decided June 23, 2011